IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**TIMOTHY M. WALDRON,**

    **Petitioner,**

v.                                      Civil Action No. 3:06CV35

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION ON PETITION FOR WRIT OF MANDAMUS

This matter is now before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated July 3, 2006 (Doc. No. 6), on the Petition for Writ of Mandamus (Doc. No. 1), filed April 18, 2006. Neither party filed objections to the Report and Recommendation of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the above. As a result, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Doc. No. 6)** should be, and is hereby, **ORDERED** adopted.

Accordingly, it is further **ORDERED** that the **Petition for Writ of Mandamus (Doc. No. 1)** is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is so **ORDERED**.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON PETITION FOR WRIT OF MANDAMUS**

The clerk is directed to transmit copies of this Order to the petitioner and all counsel of record.

**Dated** this 21st day of December, 2006

/s/ Irene M. Keeley
IRENE M. KEELEY